IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| German Vasquez, et al., | NO. C 06-00708 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| China Delight Restaurant, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss with prejudice with respect to Plaintiffs' Fair Labor Standard Act, 29 U.S.C. §§ 201 *et seq.*, claim (Claim 2), judgment is entered in favor of Defendants China Delight Restaurant and Willie Huang and against Plaintiffs German Lainez Vasques and Rosa Cruz. Nothing in this judgment prevents Plaintiffs from refiling their state law claims in the state court.

The Clerk shall close this file.

Dated: November 21, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Adam Wang waqw@sbcglobal.net
Haeyoung Lee HYLLAW@AOL.COM

4 **Dated:  November 21, 2006**                              **Richard W. Wieking, Clerk**

6                                                                                       **By:  /s/ JW Chambers**
                                                                                                **Elizabeth Garcia**
                                                                                                **Courtroom Deputy**